1  McGREGOR W. SCOTT
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

JUN 05 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

138 #.#.

| UNITED STATES OF AMERICA, | ) CASE NO. 1:07-CR-00~~139~~ AWI |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO UNSEAL |
| v. | ) INDICTMENT |
| HIMMAT SINGH, MANJINDER SINGH, | ) |
| Defendants. | ) |

The Indictment in this case shall be unsealed and made a part of the public record. The Clerk's office shall provice a copy of the Intictment to the United States Attorney's Office.

IT IS SO ORDERED.

DATED: June 5, 2007

_____
SANDRA M. SNYDER
United States Magistrate Judge

1