| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MANJINDER PAL SINGH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-00138 LJO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | SCHEDULE AND DATE; ORDER |
| v. | ) | |
| | ) | **Trial Confirmation**: |
| HIMMAT SINGH, and | ) | Date: February 1, 2008 |
| MANJINDER PAL SINGH, | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Lawrence J. O'Neill |
| Defendants. | ) | **Trial**: |
| | ) | Date: February 11, 2008 |
| | | Time: 1:30 P.M. |
| | | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the hearing on Motions *In Limine* now set for September 28, 2007, shall be continued to December 14, 2007, at 9:00 A.M., the trial confirmation hearing now set for November 16, 2007, shall be continued to February 1, 2008, at 9:00 A.M., and the trial now scheduled for November 26, 2007, shall be continued to February 11, 2008, at 1:30 P.M.**

**IT IS FURTHER STIPULATED** that the remaining compliance dates may be continued as follows: Defense Motions *In Limine* now due August 24, 2007, shall be due November 9, 2007; Government Responses to Defense Motions *In Limine* now due September 14, 2007, shall be due November 30, 2007; Defense Replies to Government Responses to Motions *In Limine* now due September 21, 2007, shall be due December 7, 2007.

1    The reason for the hearing is that additional defense investigation has arisen, further plea
2    negotiations and the possibility of motion to suppress evidence and statements on behalf of Manjinder
3    Singh must be considered, written and reviewed.
4    The parties agree that the delay resulting from the filing of motions shall be excluded in the
5    interests of justice, including but not limited to, the need for the period of time set forth herein for
6    effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), (h)(8)(A), and (h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 10, 2007        By /s/ Kathleen A. Servatius
                                 KATHLEEN A. SERVATIUS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Defender

DATED: September 10, 2007        By /s/ Ann H. Voris
                                 FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorney for Manjinder Pal Singh


DATED: September 10, 2007        By /s/ Roger T. Nuttall
                                 ROGER T. NUTTALL
                                 Attorney for Himmat Singh


**ORDER**

**IT IS SO ORDERED.** The above trial schedule and hearing date is hereby adopted, and good cause exists for the requested continuance for the stated reasons.

IT IS SO ORDERED.

**Dated:  September 12, 2007**        /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE